UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00049 |
| | ) | JUDGE CAMPBELL |
| CARLIE MILFORD BRIDGERS, JR. | ) | |

ORDER

Pending before the Court is the Defendant's Petition For Early Termination Of Supervised Release (Docket No. 4). The Government shall file a response to the Petition on or before May 23, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE